**ALEXANDER V. WAL-MART STORES, INC.**

[359 N.C. 403 (2005)]

JOHN ALEXANDER, Employee v. WAL-MART STORES, INC., Employer, AMERICAN HOME ASSURANCE COMPANY, Carrier

No. 588A04

(Filed 7 April 2005)

**Workers' Compensation— ruptured disc—causal relation to workplace accident**

The decision of the Court of Appeals in this workers' compensation case is reversed for the reason stated in the dissenting opinion that competent medical evidence supported the Industrial Commission's finding that plaintiff's ruptured disc was caused by his workplace accident when a forklift ran over his left foot.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 166 N.C. App. ——, 603 S.E.2d 552 (2004), reversing in part an opinion and award entered by the North Carolina Industrial Commission on 24 March 2003 and remanding to the Commission. Heard in the Supreme Court 14 March 2005.

*Brumbaugh, Mu & King, P.A., by Nicole D. Wray and Charles R. Hassell Jr. for plaintiff-appellant.*

*Young Moore and Henderson P.A., by Zachary C. Bolen and Dawn Dillon Raynor, for defendant-appellees.*

*Kathleen Shannon Glancy, Counsel for the North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

For the reasons stated in the dissenting opinion, we reverse the decision of the Court of Appeals.

REVERSED.